■ In the Matter of DERRICK BAKER, Appellant, v CAREN DURHAM, Respondent. [890 NYS2d 349]—

"[W]here parents enter into an agreement concerning custody, it will not be set aside unless there is a sufficient change in circumstances since the time of the stipulation and unless the modification of the custody agreement is in the best interests of the child" (*Matter of Lopez v Infante*, 55 AD3d 837, 837-838 [2008]). The Family Court's determination to deny, after a hearing, the father's petition for a change of custody of the parties' children is supported by a sound and substantial basis in the record (*see Matter of Marriott v Hernandez*, 55 AD3d 613, 613-614 [2008]; *Matter of Moorehead v Moorehead*, 197 AD2d 517, 519 [1993]). Accordingly, there is no basis to disturb the Family Court's determination. Rivera, J.P., Miller, Leventhal and Chambers, JJ., concur.

■ In the Matter of Jo ANN BECK, Respondent, v THOMAS BECK, Appellant, et al., Respondent. [890 NYS2d 348]—

Since the subject child is now over 18 years of age, she is no longer subject to the order appealed from (*see Matter of McGovern v Lynch*, 62 AD3d 712 [2009]; *Matter of Sassower-Berlin v Berlin*, 31 AD3d 771, 772 [2006]). Accordingly, the appeal has been rendered academic. Skelos, J.P., Dickerson, Eng and Sgroi, JJ., concur.